**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7158**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTONIO FRANKLIN CUNNINGHAM,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Robert D. Potter, Senior
District Judge. (CR-90-85-P)

_____

Submitted: January 21, 1999        Decided: February 9, 1999

_____

Before LUTTIG, MOTZ, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Antonio Franklin Cunningham, Appellant Pro Se. Robert James Conrad,
Jr., Assistant United States Attorney, Charlotte, North Carolina,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Antonio Franklin Cunningham appeals the district court's order denying his motion to modify his sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Cunningham, No. CR-90-85-P (W.D.N.C. June 29, 1998). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED